**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANH KHANH NGUYEN, | Case No. 5:26-cv-02099-JWH-MBK |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| UNKNOWN WARDEN, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Respondents have not filed any written objections to the report.  Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1.     The findings and recommendations of the Magistrate Judge are **ACCEPTS** and **ADOPTED**.

2.     Judgment shall be entered **GRANTING** the petition for writ of habeas corpus.

3.     Respondents are **DIRECTED** to release Petitioner Anh Khanh Nguyen forthwith, subject to the same terms and conditions as the prior OSUP.

4.     This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: ___May 7, 2026___

_____

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2