JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANH KHANH NGUYEN,<br><br>      Petitioner,<br><br>  v.<br><br>UNKNOWN WARDEN,<br><br>      Respondents. | Case No. 5:26-cv-02099-JWH-MBK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  The petition for writ of habeas corpus is **GRANTED**.

2.  This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: ___May 7, 2026___

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE